```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X
                                         :
FRANK L. BELLEZZA, JR.,                  :
                                         :     05 CIV. 98 (DLC)
                    Plaintiff,           :
                                         :        ORDER OF
            -v-                          :     DISCONTINUANCE
                                         :
FRANK FISCHER, Superintendent of Sing    :
Sing Correctional Facility,              :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action be, and hereby is, discontinued without costs to either party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

SO ORDERED:

Dated:   New York, New York
         August 21, 2007

                                    _____
                                           DENISE COTE
                                    United States District Judge

COPIES SENT TO:

Frank L. Bellezza, Jr.
(97-A-4585)
Sing Sing Correctional Facility
354 Hunter Street, HBA-M-17
Ossining, NY 10562-5442

Susan H. Odessky
Assistant Attorney General
Attorney General of the State of New York
120 Broadway
New York, NY 10271-0332