UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
                                      :
FRANK L. BELLEZZA, JR.,                :
                                      :   05 CIV. 98 (DLC)
                Plaintiff,             :
                                      :   ORDER
     -v-                              :
                                      :
FRANK FISCHER, Superintendent of Sing  :
Sing Correctional Facility,            :
                                      :
                Defendant.             :
                                      :
------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/07

DENISE COTE, District Judge:

Through a letter of November 19, defendant advises the Court that he has received a request from plaintiff to extend the time to restore this action, and that the defendant consents. The letter also indicates that a stipulation of settlement has been executed and only awaits notarization. Accordingly, it is hereby

ORDERED that the date to restore this action to the Court's docket is extended to December 7, 2007.

SO ORDERED:

Dated:   New York, New York
         November 20, 2007

                                    _____
                                         DENISE COTE
                                    United States District Judge

COPIES SENT TO:

Frank L. Bellezza, Jr.  
97-A-4585  
Clinton Correctional Facility  
Route 374 Cook Street  
P.O. Box 2002  
Dannemora, NY 12929

Neil Shevlin  
Assistant Attorney General  
State of New York  
Office of the Attorney General  
120 Broadway  
New York, New York 10271-0332